IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ZACHARY R. COTTON,<br><br>    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.;<br>DOVENMUEHLE MORTGAGE INC.;<br>MB FINANCIAL BANK, N.A.;<br>ONEMAIN FINANCIAL, INC.; and<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:19-cv-00048-JVB-JEM<br><br>Honorable Joseph S. Van Bokkelen<br><br>Honorable John E. Martin<br>Magistrate Judge |

## NOTICE OF SETTLEMENT

Plaintiff, ZACHARY R. COTTON, hereby notifies the Court that Plaintiff and Defendant, DOVENMUEHLE MORTGAGE INC., have reached settlement, and are in process of completing the settlement agreement and filing a stipulation of dismissal.  The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

DATED: March 11, 2019

Respectfully submitted,

**ZACHARY R. COTTON**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

1

mbadwan@sulaimanlaw.com