UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ZACHARY R. COTTON, <br><br> Plaintiff, <br><br> v. <br><br> ALLY FINANCIAL INC; DOVENMUELE MORTGAGE INC.; MB FINANCIAL BANK, N.A.; ONEMAIN FINANCIAL, INC.; and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | Case No.: 2:19-cv-00048 <br><br> Honorable Judge Joseph S. Van Bokkelen |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, ZACHARY R. COTTON ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, ONEMAIN FINANCIAL INC., without prejudice. Each party shall bear its own costs and attorney fees.

DATED: April 11, 2019                                          Respectfully submitted,

**Zachary R. Cotton**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com